IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-02557-CMA-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:             February 27, 2014 | Courtroom Deputy:    Brandy Simmons |

*Parties:*                                                          *Counsel:*

ALLEN RASMUSSEN,                                     Alison Lee Ruttenberg

    Plaintiff,

v.

LATOYA THORNE,                                         Erin Lynn Powers
                                                                         Edward M. Caswall

    Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in Session:      1:36 p.m.**
Court calls case. Appearances of counsel.

This matter is before the court regarding Defendant's **Motion for In Camera Inspection of Confidential Dependency and Neglect Records and Authorizing the Disclosure of Such Records as Necessary for the Resolution of Issues in the Present Action** [Doc. No. 17].

Colloquy regarding defendant's request for an in camera review.

**ORDERED:** **Motion for In Camera Inspection of Confidential Dependency and Neglect Records and Authorizing the Disclosure of Such Records as Necessary for the Resolution of Issues in the Present Action** [Doc. No. 17] is GRANTED IN PART AND DENIED IN PART. The motion is denied as to the request for an in camera review. The motion is granted as to the disclosure of the records. Counsel for the defendant to submit a proposed order to the Court no later **than close of business on March 3, 2014** .

HEARING CONCLUDED.        **Court in recess**:   **2:07 p.m.**         Total time in court:   0:31

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods

Reporting at (303) 825-6119 or toll free at 1-800-962-3345.