IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-2557-CMA-CBS

ALLEN RASMUSSEN,
    Plaintiff,
v.

LATOYA THORNE, Arapahoe County Department of Human Services,
    Defendant.

## ORDER

This matter came before the Court on February 27, 2014, for hearing on Defendant's Motion for an Order Granting an In Camera Inspection of Confidential Dependency and Neglect Records and Authorizing the Disclosure of Such Records as Necessary for the Resolution of Issues in the Present Action [Doc. #17], as augmented by Defendant's supplemental filing on February 3, 2014 [Doc. #21], both parties appearing through counsel. Having reviewed the parties' respective submissions and in consideration of the argument offered thereon, and being fully apprised in the premises, the Court finds that the motion shall be granted in part and denied in part and orders as follows:

1. Defendant's motion is denied as to the request for an in camera review.

2. Defendant's motion is granted as to the disclosure and use by her of relevant confidential dependency and neglect records and information within the custody or control of Arapahoe County through the Arapahoe County Department of Human Services as described in Defendant's motion, the Court having determined that the disclosure of the records and information is necessary for the resolution of issues presented in the above-captioned litigation. For purposes of this order, "relevant" shall have that same meaning as used under the Federal Rules of Civil Procedure.

3. The authorization to disclose relevant confidential records and information provided under this order shall extend to those employees of Arapahoe County and/or the Arapahoe County Department of Human Services who may be subpoenaed or otherwise called to testify or provide documents or information on deposition or other proceeding in this matter.

4. Absent a subsequent order, counsel for Plaintiff shall strictly maintain the confidentiality of all dependency and neglect records and information disclosed to her by Defendant or the Arapahoe County Department of Human Services, and may not permit any other person to have access to such records or information except as may be necessary to conduct an examination or cross-examination on deposition or hearing of a witness called to testify in this action.

5. All disclosures of confidential dependency and neglect records and information made pursuant to this order shall remain fully subject to the terms and conditions of the Protective Order [Doc. #14] previously entered in this action.

Dated at Denver, Colorado this 6th day of March, 2014.

BY THE COURT:

 s/ Craig B. Shaffer  
United States Magistrate Judge