IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 13-cv-02557-CMA-CBS

ALLEN RASMUSSEN,

    Plaintiff,

v.

LaTOYA THORNE,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Plaintiff's Motion for Dismissal (Doc. # 35), the Court hereby

ORDERS that all claims in this case made by Plaintiff against the Defendant are

DISMISSED WITH PREJUDICE.  Any motion for award of costs and/or fees shall be

filed within 14 days of the date of this dismissal order.

    DATED:  September __23__, 2014

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge