**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02557-CMA-CBS

ALLEN RASMUSSEN,

    Plaintiff,

v.

LaTOYA THORNE, Arapahoe County Department of Human Services

    Defendant.

---

**JUDGMENT AWARDING ATTORNEYS' FEES AND COSTS**

---

Pursuant to the Order Granting Defendant's Motion for an Award of Attorney's Fees and Costs Against Plaintiff and Plaintiff's Counsel (Doc. #51), entered by the Honorable Christine M. Arguello, United States District Judge, on August 6, 2015, and the Order Awarding Costs (Doc. #53),

IT IS ORDERED that Defendant's Motion for Entry of Judgment Under Fed.R.Civ.P.58(d) (Doc. #54) is GRANTED and Judgment is hereby entered in favor of LaToya Thorne and against Allen Rasmussen and Alison Ruttenberg, jointly and severally, in the amount of $23,148.85 representing costs and attorneys' fees. It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.39% per annum from August 20, 2015.

DATED: August 20, 2015.

APPROVED BY THE COURT:       FOR THE COURT:

                                                 JEFFREY P. COLWELL, CLERK

_____       By: s/V. Barnes
CHRISTINE M. ARGUELLO                      V. Barnes, Deputy Clerk
United States District Judge